ARTHUR J. MACE et al., as Executors of MELINDA G. MACE, Deceased, Respondents, *v.* HENRY B. MACE et al., Appellants.

*Mace* v. *Mace*, 148 App. Div. 916, affirmed.
(Argued March 27, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1912, affirming a judgment of Special Term construing the will of Melinda G. Mace, deceased.

*William Arrowsmith* for appellants.

*Everett Masten* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL GOSLINSKI, Appellant.

(Argued March 27, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Supreme Court rendered December 12, 1912, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John L. George* and *E. Lyman Tilden* for appellant.

*Wesley C. Dudley, District Attorney* (*Guy B. Moore* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.